## WILLIE DRAKEFORD *v.* COMMISSIONER OF CORRECTION

The petitioner Willie Drakeford's petition for certification for appeal from the Appellate Court, 100 Conn. App. 120 (AC 27240), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Mary H. Trainer*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided April 26, 2007

## ELIZABETH C. HARRIS *v.* DWIGHT C. HARRIS

The defendant's petition for certification for appeal from the Appellate Court (AC 28342) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal for lack of a final judgment?"

ROGERS, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17897.

*Karen L. Dowd* and *Wesley W. Horton*, in support of the petition.

Decided April 26, 2007